B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Oklahoma | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Legend Builders LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**80-0287507** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**12925 N 68th West Ave**<br>**Skiatook, OK**<br>ZIP Code **74070** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Osage** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13
☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

**Filing Fee** (Check one box)

■ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).
Check if:
■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Chapter 11 Debtors**

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Legend Builders LLC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
| --- | --- | --- |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
| --- | --- | --- |
| Name of Debtor: **Stephen Nicolas Lynch and Gwenna Kay Lynch** | Case Number: **11-12457-M** | Date Filed: **8/25/11** |
| District: **Northern District, Oklahoma** | Relationship: **Insider** | Judge: **Michael** |

| **Exhibit A** | **Exhibit B** |
| --- | --- |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Legend Builders LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X** **/s/ Todd Maxwell Henshaw OBA**
Signature of Attorney for Debtor(s)

**Todd Maxwell Henshaw OBA #4114**
Printed Name of Attorney for Debtor(s)

**James, Potts & Wulfers, Inc.**
Firm Name

**401 S. Boston, Suite 2600**
**Tulsa, OK 74103-4015**

Address

**Email: thenshaw@jpwlaw.com**
**(918) 584-0881  Fax: (918) 584-4521**
Telephone Number

**August 24, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Stephen Nicolas Lynch**
Signature of Authorized Individual

**Stephen Nicolas Lynch**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**August 24, 2011**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Oklahoma

In re  **Legend Builders LLC**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **RCB Bank**<br>**1001 West Rogers Blvd**<br>**Skiatook, OK 74070** | **RCB Bank**<br>**1001 West Rogers Blvd**<br>**Skiatook, OK 74070** | **Loans** | | 24,323.35 |
| **Elite Electric**<br>**708 South 11th**<br>**Broken Arrow, OK 74012** | **Elite Electric**<br>**708 South 11th**<br>**Broken Arrow, OK 74012** | **Trade** | | 20,375.00 |
| **Quality Interiors Inc.**<br>**3411 Charleston Road**<br>**Norman, OK 73069** | **Quality Interiors Inc.**<br>**3411 Charleston Road**<br>**Norman, OK 73069** | **Trade** | **Contingent**<br>**Unliquidated**<br>**Disputed** | 18,543.00 |
| **Jeffery C Carter**<br>**10195 N 30th West Ave**<br>**Sperry, OK 74073** | **Jeffery C Carter**<br>**10195 N 30th West Ave**<br>**Sperry, OK 74073** | **Trade** | | 12,123.75 |
| **Morrison Concrete**<br>**30 West Beech**<br>**Skiatook, OK 74070** | **Morrison Concrete**<br>**30 West Beech**<br>**Skiatook, OK 74070** | **Trade** | | 9,216.64 |
| **Cunningham Plumbing**<br>**2723 W 40th Street**<br>**Tulsa, OK 74107** | **Cunningham Plumbing**<br>**2723 W 40th Street**<br>**Tulsa, OK 74107** | **Trade** | | 7,764.00 |
| **Vickrey Heating & Air**<br>**PO Box 926**<br>**Claremore, OK 74018** | **Vickrey Heating & Air**<br>**PO Box 926**<br>**Claremore, OK 74018** | **Trade** | | 6,072.63 |
| **C&C Home Improvement**<br>**UNKNOWN** | **C&C Home Improvement**<br>**UNKNOWN** | **Trade** | | 4,780.19 |
| **Curt Curtis**<br>**4319 East Pine Place**<br>**Tulsa, OK 74115-4148** | **Curt Curtis**<br>**4319 East Pine Place**<br>**Tulsa, OK 74115-4148** | **Trade** | | 4,500.00 |
| **Waste Mgmt. of Tulsa**<br>**13740 E 46th St N**<br>**Tulsa, OK 74116-5403** | **Waste Mgmt. of Tulsa**<br>**13740 E 46th St N**<br>**Tulsa, OK 74116-5403** | **Trade** | **Unliquidated**<br>**Disputed** | 4,158.00 |
| **Above It All Roofing**<br>**6575 E Skelly Dr**<br>**Tulsa, OK 74145** | **Above It All Roofing**<br>**6575 E Skelly Dr**<br>**Tulsa, OK 74145** | **Trade** | | 3,300.00 |
| **Travis Freeman Painting**<br>**209 N John Zinc**<br>**Skiatook, OK 74070** | **Travis Freeman Painting**<br>**209 N John Zinc**<br>**Skiatook, OK 74070** | **Trade** | | 1,914.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **Legend Builders LLC**                                    Case No.
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Greenhill Materials** 14701 E Highway 266 Owasso, OK 74055 | **Greenhill Materials** 14701 E Highway 266 Owasso, OK 74055 | **Trade debt** | **Disputed** | 1,650.00 |
| **Trey Waterproofing** 1403 N Utica Tulsa, OK 74110 | **Trey Waterproofing** 1403 N Utica Tulsa, OK 74110 | **Trade** | | 728.40 |
| **Southwestern Roofing & Metal** 4300 N Santa Fe PO Box 54858 Oklahoma City, OK 73154-1858 | **Southwestern Roofing & Metal** 4300 N Santa Fe PO Box 54858 Oklahoma City, OK 73154-1858 | **Trade** | | 598.00 |
| **At Your Service** P.O. Box 1676 Owasso, OK 74055 | **At Your Service** P.O. Box 1676 Owasso, OK 74055 | **Trade** | | 176.18 |
| **PODS** 325 W State Street Jacksonville, IL 62650 | **PODS** 325 W State Street Jacksonville, IL 62650 | **Trade** | | 150.84 |
| **Citibank** P.O. Box 6707 Sioux Falls, SD 57188-6707 | **Citibank** P.O. Box 6707 Sioux Falls, SD 57188-6707 | **Credit Card** | **Disputed** | 147.17 |
| **All Masonry** PO Box 1148 Skiatook, OK 74070 | **All Masonry** PO Box 1148 Skiatook, OK 74070 | **Trade** | | 79.95 |
| **United Door** 10601 East Ute Street Tulsa, OK 74116 | **United Door** 10601 East Ute Street Tulsa, OK 74116 | **Trade** | **Disputed** | **Unknown** |

### DECLARATION UNDER PENALTY OF PERJURY
### ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **August 24, 2011**                    Signature   **/s/ Stephen Nicolas Lynch**
                                                          **Stephen Nicolas Lynch**
                                                          **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Oklahoma

In re **Legend Builders LLC**  
                Debtor(s)

Case No.  
Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **2,250.00** |
   | Prior to the filing of this statement I have received | $ **2,250.00** |
   | Balance Due | $ **0.00** |

2. $ **1,039.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ☐ Debtor    ■ Other (specify):   **Family members**

4. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
   **Exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding, representation of debtors in redemption.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **August 24, 2011**

**/s/ Todd Maxwell Henshaw OBA**  
**Todd Maxwell Henshaw OBA #4114**  
**James, Potts & Wulfers, Inc.**  
**401 S. Boston, Suite 2600**  
**Tulsa, OK 74103-4015**  
**(918) 584-0881   Fax: (918) 584-4521**  
**thenshaw@jpwlaw.com**

**United States Bankruptcy Court**
Northern District of Oklahoma

In re  **Legend Builders LLC**  ,  Case No. _____

Debtor

Chapter  **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Nick Lynch** <br> **12925 N 68th West Ave** <br> **Skiatook, OK 74070** | N/A | 100% | Membership |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **August 24, 2011**     Signature  **/s/ Stephen Nicolas Lynch**
   **Stephen Nicolas Lynch**
   **Managing Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**   continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Oklahoma

In re  **Legend Builders LLC**  
Debtor(s)

Case No.  
Chapter **11**

## VERIFICATION AS TO OFFICIAL MAILING MATRIX

■ Original  
☐ Amendment

I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on computer diskette, CD ROM or uploaded to the Electronic Case Filing System is a true, correct and complete listing to the best of my knowledge.

I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

Official Mailing Matrix submitted via:

(a)  ___ computer diskette/CD ROM listing a total of ___ creditors; or

(b)  **X** uploaded to Electronic Case Filing System listing a total of **27** creditors.

Date: **August 24, 2011**

/s/ Stephen Nicolas Lynch  
**Stephen Nicolas Lynch**/**Managing Member**  
Signer/Title

Date: **August 24, 2011**

/s/ Todd Maxwell Henshaw OBA  
Signature of Attorney  
**Todd Maxwell Henshaw OBA #4114**  
**James, Potts & Wulfers, Inc.**  
**401 S. Boston, Suite 2600**  
**Tulsa, OK 74103-4015**  
**(918) 584-0881   Fax: (918) 584-4521**

*[Check if applicable]*  ___ Creditor(s) with foreign addresses included

Above It All Roofing
6575 E Skelly Dr
Tulsa, OK 74145

All Masonry
PO Box 1148
Skiatook, OK 74070

At Your Service
P.O. Box 1676
Owasso, OK 74055

C&C Home Improvement
UNKNOWN

Chesapeake Land Development Co
PO Box 54853
Oklahoma City, OK 73154

Citibank
P.O. Box 6707
Sioux Falls, SD 57188-6707

Cunningham Plumbing
2723 W 40th Street
Tulsa, OK 74107

Curt Curtis
4319 East Pine Place
Tulsa, OK 74115-4148

Elite Electric
708 South 11th
Broken Arrow, OK 74012

Greenhill Materials
14701 E Highway 266
Owasso, OK 74055

Jeffery C Carter
10195 N 30th West Ave
Sperry, OK 74073

Ken Felker & Associates
4045 NW 64th Street STE 510
Oklahoma City, OK 73116

Levy, Diamond, Bello & Associates
PO Box 352
Milford, CT 06460

Morrison Concrete
30 West Beech
Skiatook, OK 74070

```
Nick and Gwenna Lynch
12925 N 68th West Ave
Skiatook, OK 74070

Nick Lynch
12925 N 68th West Ave
Skiatook, OK 74070

Phillips & Cohen Associates
PO Box 5790
Hauppauge, NY 11788-0164

PODS
325 W State Street
Jacksonville, IL 62650

Quality Interiors Inc.
3411 Charleston Road
Norman, OK 73069

RCB Bank
1001 West Rogers Blvd
Skiatook, OK 74070

Southwestern Roofing & Metal
4300 N Santa Fe
PO Box 54858
Oklahoma City, OK 73154-1858

Travis Freeman Painting
209 N John Zinc
Skiatook, OK 74070

Trey Waterproofing
1403 N Utica
Tulsa, OK 74110

United Door
10601 East Ute Street
Tulsa, OK 74116

Vickrey Heating & Air
PO Box 926
Claremore, OK 74018

Waste Management of Tulsa
PO Box 276
Lewisville, TX 75067

Waste Mgmt. of Tulsa
13740 E 46th St N
Tulsa, OK 74116-5403
```

# United States Bankruptcy Court
## Northern District of Oklahoma

In re  **Legend Builders LLC**                                        Case No.
                                    Debtor(s)                         Chapter  **11**

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Legend Builders LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■None [*Check if applicable*]

| | |
|---|---|
| **August 24, 2011** | **/s/ Todd Maxwell Henshaw OBA** |
| Date | **Todd Maxwell Henshaw OBA #4114** |
| | Signature of Attorney or Litigant |
| | Counsel for   **Legend Builders LLC** |
| | **James, Potts & Wulfers, Inc.** |
| | **401 S. Boston, Suite 2600** |
| | **Tulsa, OK 74103-4015** |
| | **(918) 584-0881 Fax:(918) 584-4521** |
| | **thenshaw@jpwlaw.com** |